UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL A. GBUR *et al.*,

      Plaintiffs,

Case No. 20-cv-11492
Hon. Matthew F. Leitman

v.

BETSY DEVOS, *et al.*,

      Defendants.

_____/

# ORDER GRANTING PLAINTIFFS'
# MOTION TO REFUND PAID COURT FEES (ECF No. 9)

On June 19, 2020, Plaintiffs filed a motion in which they asked the Court to refund $447.00 in court fees that their attorney mistakenly overpaid when he filed this action on their behalf. (*See* Mot., ECF No. 9.)  The Court has reviewed the motion and concludes that the accidental overpayment should be refunded to Plaintiffs' counsel.  Accordingly, Plaintiffs' motion (ECF No. 9) is **GRANTED**. The Clerk of the Court is **DIRECTED** to refund $447.00 in overpaid court fees to Plaintiffs' counsel Samuel J. Behringer, Jr.

                                                s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated:  July 15, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 15, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-3794