UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL A. GBUR *et al.*,

    Plaintiffs,

Case No. 20-cv-11492
Hon. Matthew F. Leitman

v.

BETSY DEVOS, *et al.*,

    Defendants.

_____/

### ORDER (1) STRIKING WITHOUT PREJUDICE PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS (ECF No. 15) AND (2) DIRECTING PLAINTIFFS TO ENGAGE CO-COUNSEL

On January 14, 2021, the Court held a video status conference in this action. For the reasons stated on the record during the conference, **IT IS HEREBY ORDERED** that:

- Plaintiffs' response to Defendants' motion to dismiss (ECF No. 15) is **STRICKEN WITHOUT PREJUDICE**;

- Plaintiffs shall engage co-counsel and have co-counsel file a formal appearance in this action by no later than **February 8, 2021**; and

- The Court will hold a status conference with counsel for all parties, including Plaintiffs' new co-counsel, after co-counsel files his or her appearance.

**IT IS SO ORDERED**.

                                                  s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated:  January 14, 2021

     I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 14, 2021, by electronic means and/or ordinary mail.

                                               s/Holly A. Monda
                                               Case Manager
                                               (810) 341-9764