UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MICHAEL A. GBUR, Individually and as
Personal Representative for the Estate of
Kimberly Sue Gbur, et al.,

       Plaintiffs,                  Case No. 20-cv-11492
                                     Hon. Matthew F. Leitman

v.

U.S. DEPARTMENT OF EDUCATION, et al,

       Defendants.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiffs, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                        s/Matthew F. Leitman
                        MATTHEW F. LEITMAN
                        UNITED STATES DISTRICT JUDGE

Dated:  March 9, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 9, 2021, by electronic means and/or ordinary mail.

                        s/Holly A. Monda
                        Case Manager
                        (810) 341-9764